## BRONAUGH et al. v. EXCHANGE NAT. BANK OF ARDMORE.

No. 13293—Opinion Filed June 13, 1922.

(Syllabus.)

**Appeal and Error—Dismissal — Frivolous Appeals.**

Where it clearly appears from the record that the appeal is frivolous, and for delay merely, the appeal will be dismissed.

Error from District Court, Choctaw County; G. M. Barrett, Judge.

Action by Exchange National Bank of Ardmore against V. Bronaugh and another. Judgment for plaintiff, and defendants bring error. Dismissed.

Evans & Sherman, for plaintiffs in error.

R. H. Stanley, for defendant in error.

NICHOLSON, J. This case is before us on motion to dismiss the appeal, one ground of such motion being that the appeal is frivolous and for delay merely.

It appears that the action was upon a promissory note executed by the defendant V. Bronaugh, indorsed by W. W. Jeter, and payable to the order of the defendant in error. Jeter entered his appearance in the trial court and waived the issuance and service of summons, but did not answer or otherwise plead. Bronaugh filed an unverified general denial. No evidence was offered on behalf of the defendants below. It is apparent from the record that the appeal is frivolous and is for delay merely.

Therefore, the appeal is dismissed.

JOHNSON, McNEILL, MILLER, ELTING, and KENNAMER, JJ., concur.